# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WITCHITA FALLS DIVISION

| | |
|---|---|
| THE STATE OF FLORIDA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> *Defendants*. | No. 7:25-cv-00126-O |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move this Court to extend the deadline to respond to the Complaint from February 23, 2026, to March 13, 2026. Plaintiffs have informed Defendants through counsel that they do not oppose this motion. Good cause for an extension exists as set forth herein.

1. Plaintiffs filed their Complaint on December 9, 2025, and served the United States Attorney for this District on December 23, 2025. Under Rules 6(a)(1) and 12(a)(2), Defendants' response is due on February 23, 2026.

2. Undersigned counsel has a hearing in *Louisiana v. FDA*, No. 6:25-cv-1491-DCJ-DJA (W.D. La.) scheduled for February 24, 2026, which will require travel on February 23 as well as significant advance preparation. Undersigned counsel also has a hearing in another matter scheduled for February 17, as well as briefing deadlines on February 20, February 27, and March 6.

3. To ensure adequate time prepare a response to the Complaint, Defendants therefore respectfully request that their deadline to file and serve a response be extended until March 13, 2026. A proposed order is attached as an exhibit hereto and will be emailed separately to chambers.

January 30, 2026               Respectfully submitted,

                               /s/ Noah T. Katzen
                               NOAH T. KATZEN
                               Trial Attorney
                               Federal Programs Branch
                               Civil Division
                               U.S. Department of Justice
                               1100 L St., NW
                               Washington, DC  20005
                               (202) 305-2428
                               Noah.T.Katzen@usdoj.gov

                               *Counsel for Defendants*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1(b), I hereby certify that I conferred via email with Plaintiffs' counsel. Plaintiffs' counsel stated that Plaintiffs do not oppose this motion.