IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| THE STATE OF FLORIDA, ET AL., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> U.S. FOOD AND DRUG § <br> ADMINISTRATION, ET AL., § <br> § <br> Defendants. § | Civil Action No. 7:25-CV-00126-O |

## ORDER

Before the Court is Defendants' Unopposed Motion to Extend Deadline to Respond to Complaint (ECF No. 18). Having reviewed the Motion, and noting that it is unopposed, the Court finds good cause to and hereby **GRANTS** the Motion. Defendants **SHALL** file their response to the Complaint **no later than March 13, 2026**.

**SO ORDERED** on this **2nd day** of **February, 2026.**

_[signature: Reed O'Connor]_
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**