**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **THE STATE OF FLORIDA, ET AL.,** | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action No.  7:25-CV-00126-O** |
| **U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,** | § § § § | |
| **Defendants.** | § § | |

## ORDER

Before the Court is the Agreed Motion for Extension of Time and Leave to File a Consolidated Response to Motions to Dismiss (ECF No. 48). Having reviewed the Motion, and noting that it is unopposed, it is **ORDERED** that the Motion is **GRANTED**. Plaintiffs **SHALL** file their response to Defendants' Motion to Stay or, Alternatively, to Dismiss no later than two weeks (14 days) from this Court's ruling on the pending motions to intervene submitted by Danco Laboratories, LLC and GenBioPro, Inc. It is further **ORDERED** that if either or both of the motions to intervene are granted, Plaintiffs **SHALL** file a combined response to Defendants' Motion to Stay or, Alternatively, to Dismiss and any motion to dismiss submitted by the intervenor(s) no later than two weeks (14 days) from this Court's ruling on the pending motions to intervene.

**SO ORDERED** on this **3rd day** of **April, 2026.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**