## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **THE STATE OF FLORIDA, ET AL.,** | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action No.  7:25-CV-00126-O** |
| **U.S. FOOD AND DRUG ADMINISTRATION, ET AL.,** | § § § § | |
| **Defendants.** | § § | |

## ORDER

Before the Court is GenBioPro, Inc.'s Motion for Leave to Proceed Without Local Counsel (ECF No. 39). GenBioPro, Inc.'s counsel, Christopher M. Odell, is admitted in the United States District Court for the Northern District of Texas. However, Odell's offices are in Houston, Texas— located outside of Local Rule 83.10(a)'s 50-mile requirement. Odell represents that he "is familiar with the Local Rules of this Court and available to attend hearings called by the Court on short notice" which indicates to the Court that Odell can travel to Fort Worth to appear at any hearing or setting in this Court. Motion, ECF No. 39. Based on counsel's active status in the Northern District and commitment to appear for any in-person hearings, the Court **GRANTS** GenBioPro, Inc.'s Motion for leave to proceed without local counsel.

Accordingly, the Court **ORDERS** that Christopher M. Odell is designated as local counsel. The Court further **ORDERS** that Odell is required to fulfill all local counsel requirements and abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). If proceeding without local counsel disrupts this litigation or otherwise results

in a failure to comply with the Court's rules, GenBioPro, Inc. will be required to find local counsel immediately.

**IT IS FURTHER ORDERED** that should a response in opposition be filed relating to GenBioPro, Inc.'s and Danco Laboratories, LLC's respective motions to intervene (ECF. Nos. 21, 30), GenBioPro, Inc. and Danco Laboratories, LLC **SHALL** file any reply within seven days.

**SO ORDERED** on this **3rd day** of **April, 2026.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**