**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

STATE OF FLORIDA and STATE OF
TEXAS,

       *Plaintiffs,*

    v.

U.S. FOOD AND DRUG
ADMINISTRATION, *et al.,*

       *Defendants,*

   and

DANCO LABORATORIES LLC
and GENBIOPRO, INC.,

       *Intervenor-Defendants.*

Case No. 7:25-CV-00126-O

**PLAINTIFFS' NOTICE OF CORRECTION**

On April 24, 2026, Plaintiffs the State of Florida and the State of Texas ("the States") filed a Consolidated Response to Government Defendants' Motion to Stay or, Alternatively, to Dismiss and Intervenor Defendants' Motions to Dismiss. ECF No. 56. A declaration accompanying the Consolidated Response mistakenly stated that the States did not respond to the email sent by the Government Defendants' counsel on March 13, 2026. ECF No. 56-1 ¶ 9. In actuality, a member of the Office of the Florida Attorney General responded later that day, before the Government Defendants filed their Motion to Stay or, Alternatively, to Dismiss. The corrected declaration is attached as Exhibit 1.

1

Date: May 12, 2026

Respectfully submitted,

**JAMES UTHMEIER**
Florida Attorney General

**KEN PAXTON**
Texas Attorney General

**RYAN D. NEWMAN**
Chief Deputy Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**DAVID M.S. DEWHIRST**
Solicitor General

**RALPH MOLINA**
Deputy First Assistant
Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for
Civil Litigation

*/s/ Samuel F. Elliott*

*/s/ Amy Snow Hilton*

**JASON J. MUEHLHOFF**
Chief Deputy Solicitor General
Texas State Bar No. 24135719

**AMY SNOW HILTON**
Chief, Healthcare Program
Enforcement Division
Texas State Bar No. 24097834

**SAMUEL F. ELLIOTT**
Deputy Solicitor General
Florida State Bar No. 1039898

**KATHERINE PITCHER**
Assistant Attorney General
Texas State Bar No. 24143894

Office of the Florida Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 410-2672
samuel.elliott@myfloridalegal.com
jenna.hodges@ myfloridalegal.com

Office of the Texas Attorney General
PO Box 12548
Austin, TX 78711-2548
Telephone: 512-936-1709
Facsimile: (512) 499-0712
amy.hilton@oag.texas.gov
katherine.pitcher@oag.texas.gov

*Counsel for Plaintiff State of Florida*

*Counsel for Plaintiff State of Texas*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by electronic service through the CM/ECF Portal on May 12, 2026, to all counsel of record.

/s/ *Samuel F. Elliott*
Deputy Solicitor General