**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| THE STATE OF FLORIDA, *et al.*,<br><br>     *Plaintiffs*,<br><br>  v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>     *Defendants*,<br><br>  and<br><br>DANCO LABORATORIES, LLC,<br><br>     *Intervenor-Defendant*. | No. 7:25-cv-00126-O<br><br>Chief Judge Reed O'Connor |

**DANCO LABORATORIES, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Danco Laboratories, LLC (Danco) submits this notice of supplemental authority to advise the Court of further developments related to *Louisiana v. FDA*, __ F.4th ___, No. 26-30203, 2026 WL 1194924 (5th Cir. May 1, 2026). In that decision, the Fifth Circuit granted a motion filed by Louisiana and a Louisiana citizen for a stay pending appeal, after it preliminarily determined that Louisiana had standing to challenge the 2023 REMS and they were likely to succeed on the merits of their challenge. That lawsuit is distinct from this one for several reasons, including as to which FDA actions are being challenged. *See* ECF No. 59 at 1-3. Danco submits this notice to update the Court that yesterday, the Supreme Court granted Danco's and GenBioPro's emergency applications for a stay of the Fifth Circuit ruling.

The Fifth Circuit's ruling is now "stayed pending disposition of the appeal in the United

1

States Court of Appeals for the Fifth Circuit and disposition of a petition for a writ of certiorari, if such a writ is timely sought." Order Granting Stay, *Danco Lab'ys LLC v. Louisiana*, No. 25A1207, and *GenBioPro, Inc. v. Louisiana*, No. 25A1208 (May 14, 2026). A grant of relief sought in an emergency application indicates at least "a fair prospect" that the moving party will succeed on the merits. *Hollingsworth v. Perry*, 558 U.S. 183, 190 (2010) (per curiam); *cf. NIH v. Am. Pub. Health Ass'n*, 145 S. Ct. 2658, 2663 (2025) (Gorsuch, J., concurring in part and dissenting in part) (a decision by the Supreme Court granting a stay "constitutes a precedent that commands respect in lower courts").

The Supreme Court's Order is thus a further reason that this Court should conclude the Plaintiff States lack standing or a valid challenge to the 2023 REMS.

Respectfully submitted,

/s/ *Wayne L. Robbins, Jr.*
Wayne L. Robbins, Jr., TX Bar No. 24040356
ROBBINS TRAVIS PLLC
2485 E. Southlake Blvd., Suite 160
Southlake, TX 76092
Tel: (817) 918-2307
Fax: (817) 458-0414
WLR@RobbinsTravis.com

Jessica L. Ellsworth*
Alexander V. Sverdlov*
Danielle Desaulniers Stempel*
Dana A. Raphael*
Katherine T. McKay*
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel:  (202) 637-5600
jessica.ellsworth@hoganlovells.com
*admitted *pro hac vice*
*Counsel for Danco Laboratories, LLC*

Dated:  May 15, 2026

## CERTIFICATE OF SERVICE

I certify that on May 15, 2026, I electronically filed the foregoing using the CM/ECF system.  Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

Samuel F. Elliott (FL 1039898)
Deputy Solicitor General
Office of the Florida Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 410-2672
samuel.elliott@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

Amy Snow Hilton
  Texas State Bar No. 24097834
Katherine Pitcher
  Texas State Bar No. 24143894
Camryn Sutton
  Texas State Bar No. 24150020
Jonathan Voos
  Texas State Bar No. 24149471
Office of the Texas Attorney General
PO Box 12548
Austin, TX 78711-2548
Telephone: (512) 936-1709
Facsimile: (512) 499-0712
amy.hilton@oag.texas.gov
katherine.pitcher@oag.texas.gov
camryn.sutton@oag.texas.gov
jonathan.voos@oag.texas.gov

*Counsel for Plaintiff State of Texas*

/s/ *Wayne L. Robbins, Jr.*
Wayne L. Robbins, Jr.